## LAWRENCE MCDONNELL *v.* PAUL FALCO

The defendant's petition for certification for appeal from the Appellate Court (AC 20178) is dismissed.

*James E. Coyne*, in support of the petition.

*Hanon W. Russell*, in opposition.

Decided March 15, 2001

## STATE OF CONNECTICUT *v.* JAMES DAVIS

The defendant's petition for certification for appeal from the Appellate Court, 61 Conn. App. 621 (AC 18619), is denied.

ZARELLA, J., did not participate in the consideration or decision of this petition.

*Michelle M. Napoli*, special public defender, in support of the petition.

*Susann E. Gill*, senior assistant state's attorney, in opposition.

Decided March 22, 2001

## PAR PAINTING, INC. *v.* GREENHORNE & O'MARA, INC., ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 61 Conn. App. 317 (AC 19013), is denied.

VERTEFEUILLE and ZARELLA, Js., did not participate in the consideration or decision of this petition.

*Anthony V. Zeolla*, in support of the petition.